STATE OF CONNECTICUT *v.* ANTHONY LEWIS

The defendant's petition for certification for appeal from the Appellate Court, 46 Conn. App. 691 (AC 16097), is denied.

*Albert B. Harper,* in support of the petition.

*Michael E. O'Hare,* deputy assistant state's attorney, in opposition.

Decided November 6, 1997